Nov. Term,
1844.

ANDREWS and Others *v.* REID and Others.—In error.

HANNA
*v.*
THE BOARD
OF COMMIS-
SIONERS, &c.

WRITS of foreign attachment, issued under the statute of 1838, should be made returnable to the first day of the term next after they issue. Acc. R. S. 1843, p. 773.